UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JASON CAMACHO, On Behalf of All Other
Persons Similarly Situated,

                      Plaintiffs,

    -against-

COLUMBIA UNIVERSITY in The City of New York

                Defendant.
---------------------------------------------------------------X

Index No. 18-cv-03926(AN)

**Stipulation of Dismissal**

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff(s), JASON CAMACHO, on behalf of all other persons similarly situated, and Defendant, COLUMBIA UNIVERSITY in the City of New York, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
         June 27, 2018

**SEYFARTH SHAW**

_[signature]_

Samuel Sverdlov, Esq.
620 Eighth Ave.
New York, New York 10018
(212) 218-5500
Attorneys for Defendant

**GOTTLIEB & ASSOCIATES**

_[signature]_

Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
Attorneys for Plaintiff

SO ORDERED:

_[signature]_

United States District Court Judge

6/28/18